1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
      450 Golden Gate Avenue, Box 36055
7     San Francisco, California  94102
      Telephone:    (415) 436-7071
8     Facsimile:    (415) 436-7234
      Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                 UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15

| | | |
|---|---|---|
| 16 | UNITED STATES OF AMERICA, ) | CR No. 08-70358 BZ |
| 17 |     Plaintiff, ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER FED. R. CRIM. |
| 18 | v. ) | P. 5.1 |
| 19 | LUIGI FULVIO PALMARES AGUILAR, ) | |
| 20 |     Defendant. ) | |
| 21 | _____ ) | |

22

23     On June 19, 2008, the parties in this case appeared before the Court for a detention hearing.

24 At that time, the parties requested, and the Court agreed, to set a status conference on June 27.

25 The parties stipulated that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the

26 time limits set forth in FRCP 5.1(c) be excluded from June 19, 2008 through June 27, 2008. The

27 //

28 //

Stipulation and [Proposed] Order Excluding Time
CR 08-70358 BZ                                                                                                                                                          1

1 parties agreed that, taking into account the public interest in prompt disposition of criminal cases,
2 good cause existed for this extension.
3 SO STIPULATED:

                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney

7 DATED: June 23, 2008                     /s/
                                             TAREK J. HELOU
                                             Assistant United States Attorney

10 DATED: June 23, 2008                    /s/
                                             GEOFFREY HANSEN
                                             Attorney for Defendant Margaret Pek Hoon Lim

13     For the reasons stated above, the Court finds that exclusion of time from June 19, 2008
14 through June 27, 2008 is warranted and that the ends of justice served by the continuance
15 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161
16 (h)(8)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny the defendant
17 effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C.
18 §3161(h)(8)(B)(iv).

20 SO ORDERED.

22 DATED:_____                  _____
                                             THE HONORABLE NANDOR J. VADAS
                                             United States Magistrate Judge