JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:     (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-70358 BZ |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER FED. R. CRIM. P. 5.1 |
| v. | |
| LUIGI FULVIO PALMARES AGUILAR, | |
|     Defendant. | |

On June 19, 2008, the parties in this case appeared before the Court for a detention hearing. At that time, the parties requested, and the Court agreed, to set a status conference on June 27. The parties stipulated that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from June 19, 2008 through June 27, 2008. The

//

//

parties agreed that, taking into account the public interest in prompt disposition of criminal cases, good cause existed for this extension.

SO STIPULATED:

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

DATED: June 23, 2008                        /s/
                                      TAREK J. HELOU
                                      Assistant United States Attorney

DATED: June 23, 2008                        /s/
                                      GEOFFREY HANSEN
                                      Attorney for Defendant Margaret Pek Hoon Lim

    For the reasons stated above, the Court finds that exclusion of time from June 19, 2008 through June 27, 2008 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: June 23, 2008

                                      THE HONORABLE NANDOR J. VADAS
                                      United States Magistrate Judge